UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION
www.moed.uscourts.gov

| | |
|---|---|
| SIDNEY LYLES, III, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| vs. | ) Case No. 4:01CV1648JCH |
| | ) |
| THE CURATORS OF THE UNIVERSITY | ) |
| OF MISSOURI, et al., | ) |
| | ) |
| Defendant(s). | ) |

## ORDER

Upon review of the record, the Court notes that the file contains no proof of service upon nor entry of appearance on behalf of defendant(s) **The Curators of the University of Missouri, General Counsel of the Curators of the University of Missouri, United Educators Insurance Risk Retention Group, Inc., and George Russell, Charles Kiesler, Charles Schroeder, Phillip Hoskins, Suzanne Holland, Candace Whittet, Denise Schlake, Brian Ledbetter, Diane Dews, Joe Snook, Manuel Pacheco, Richard Wallace, Marvin E. Wright, Kelly K. Mescher, Nancie D. Hawke, and Katherine S. Bunn, individually and officially**. Because it does not appear that service of the complaint has been timely made within 120 days after the filing of the complaint on **October 17, 2001**,

**IT IS HEREBY ORDERED**, pursuant to Fed.R.Civ.P. 4(m), that plaintiff shall show cause in writing, within fourteen (14) days of the date of this order, why this action should not be dismissed without prejudice as to defendant(s) **The Curators of the University of Missouri, General Counsel of the Curators of the University of Missouri, United Educators Insurance Risk Retention Group, Inc., and George Russell, Charles Kiesler, Charles Schroeder, Phillip Hoskins, Suzanne Holland, Candace Whittet, Denise Schlake, Brian Ledbetter, Diane Dews, Joe Snook, Manuel**

**Pacheco, Richard Wallace, Marvin E. Wright, Kelly K. Mescher, Nancie D. Hawke, and Katherine S. Bunn, individually and officially** for lack of timely service.

Dated this ___5th___ day of ___March___, 2002.

_____
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 03/05/02 by cabrams
          4:01cv1648    Lyles vs Curators Univ MO

42:2000e  Job Discrimination (Employment)

Sidney Lyles -
503 E. Nifong Boulevard
#328
Columbia, MO  65201

SCANNED & FAXED BY:
MAR -5 2002
C. D. D.